UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No. 6:23-CV-02488-WWB-EJK

IVETTE ROSA,

    Plaintiff,

v.

TRANS UNION LLC,
PORTFOLIO RECOVERY ASSOCIATES LLC

    Defendants.
_____/

## **NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC.,**

Plaintiff Ivette Rosa submits this Notice of Settlement and states that Plaintiff and Defendant Trans Union LLC have reached a settlement with regard to this case and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

Dated: January 12, 2024

                                        Respectfully Submitted,

                                        /s/ Jennifer G. Simil                              .
                                        **JIBRAEL S. HINDI, ESQ.**
                                        Florida Bar No.: 118259
                                        E-mail:   jibrael@jibraellaw.com
                                        **JENNIFER G. SIMIL, ESQ.**
                                        Florida Bar No.: 1018195
                                        E-mail: jen@jibraellaw.com
                                        The Law Offices of Jibrael S. Hindi
                                        110 SE 6th Street, Suite 1744
                                        Fort Lauderdale, Florida 33301
                                        Phone:    954-907-1136
                                        Fax:       855-529-9540

                                        *COUNSEL FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on January 12, 2024, the forgoing was electronically via the Court's CM/ECF system on all counsel of record.

                                        /s/ Jennifer G. Simil
                                        **JENNIFER G. SIMIL, ESQ.**
                                        Florida Bar No.: 1018195

PAGE | **2** of **2**

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com