**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IVETTE ROSA,

        Plaintiff,

v.                                              Case No.: 6:23-cv-2488-WWB-EJK

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

        Defendant.
_____/

**ORDER**

THIS CAUSE is before the Court upon *sua sponte* review of the file. On January 2, 2024, the parties were notified of their obligation to comply with Local Rule 3.02, requiring the filing of a case management report within forty days after any defendant appears. (Doc. 4). The first Defendant appeared in this case on January 25, 2024, but no case management report has been filed and the time to do so has passed.

Therefore, it is **ORDERED** and **ADJUDGED** that this case is **DISMISSED without prejudice** for failure to comply. The Clerk is directed to terminate all pending motions and close this case.

**DONE AND ORDERED** in Orlando, Florida on March 22, 2024.

WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record